THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID DERY *et al.,* Defendants-Appellants.

(No. 75-182;

Third District—August 15, 1975.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellants.

Martin Rudman, State's Attorney, of Joliet, for the People.